**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| FEDCHEM, LLC, AND THE STATE WORKERS INSURANCE FUND | : No. 772 MAL 2019 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| v. | : from the Order of the |
| | : Commonwealth Court |
| | : |
| WORKERS' COMPENSATION APPEAL BOARD (WESCOE) | : |
| | : |
| | : |
| | : |
| PETITION OF: KIRK WESCOE | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 5th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.